UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ELBIN GUITY,   Case No. 07 CV 11459

                        Plaintiff(s),
- against -   RULE 7.1 STATEMENT

BEN HUR MOVING & STORAGE INC.,

                        Defendant.

------------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel certifies that Defendant Ben Hur Moving & Storage, Inc., a New York corporation, is not owned by any parent corporation, and no publicly traded corporation owns 10% or more of its stock.

Dated: New York, New York
       January 16, 2008

                                        SANTAMARINA & ASSOCIATES

                                        By: _____
                                               Gil Santamarina, Esq.

                                               Santamarina & Associates
                                               260 Madison Ave., 18th Floor
                                               New York, New York 10016
                                               (212)965-1678
                                               *Attorneys for Defendant*