UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

**07 CV 11459   ECF**

Guity v. Ben Hur Moving &
Storage Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 11459 (BSJ)(RLE)

-------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

X  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute:*

_____

__ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

__ Settlement*

__ Inquest After Default/Damages Hearing

__ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

__ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

   Purpose: _____

__ Habeas Corpus

__ Social Security

__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

   Particular Motion: _____

   All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          1/31/08

_Barbara S._
United States District Judge